UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                                             ORDER
                                             03-CR-1104 (DRH)

        -against-

VANDERLEI B. FERREIRA,

               Defendant,
-------------------------------------------------X

A P P E A R A N C E S:

For the Government:
    Roslynn R. Mauskopf
    United States Attorney
    Eastern District of New York
    Alfonse M. D'Amato Courthouse
    610 Federal Plaza
    Central Islip, New York 11722
        By: Demetri Jones, A.U.S.A.

For Defendant:
    Peter J. Tomao, Esq.
    226 Seventh Street, Suite 302
    Garden City, New York 11530

**HURLEY, District Judge:**

Defendant-Appellant Vanderlei B. Ferreira ("Ferreira") was sentenced by this Court on April 15, 2004 to, among other things, 27 months imprisonment and 3 years supervised release. Ferreira appealed that sentenced.

Given that the Court's sentence was imposed before the Supreme Court's decision in *United States v. Booker*, 125 S. Ct. 738 (2005), the Circuit remanded the case "for further proceedings in conformity with [*United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005)]." By Order dated June 14, 2005, the Court directed the parties to submit letter briefs detailing their respective positions.

The *Crosby* decision requires the Court to consider whether it would have imposed "a materially different sentence, under the circumstances existing at the time of the original sentence, if [it] had discharged [its] obligations under the post-*Booker/Fanfan* regime and counsel had availed themselves of their new opportunities to present relevant considerations, . . . ." 397 F.3d at 117. After having considered the factors delineated in 18 U.S.C. § 3553(a) and the now advisory guideline range of 27 to 33 months, and after having reviewed the materials that were available to the Court when sentence was pronounced, as well as the recently filed letter briefs, the Court concludes that it would have imposed the same sentence now, i.e. post-*Booker/Fanfan*, as was imposed on April 15, 2004.

**SO ORDERED.**

Dated: Central Islip, New York
      August 4, 2006

_____
DENIS R. HURLEY, U.S.D.J.